# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER L. WILD<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ORKIN, LLC<br><br>　　　　　Defendant.<br>_____ | CIVIL ACTION NO.<br>1:14-cv-04153-MHC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
_____

The parties having reached a settlement in the above-captioned action, Plaintiff Alexander L. Wild, through counsel, voluntarily dismisses this action with prejudice pursuant to F.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted, this 6th day of April, 2015.

　　　　　　　　　　　　　　　　　　By: /s/ Evan A. Andersen
　　　　　　　　　　　　　　　　　　Carolyn E. Wright
　　　　　　　　　　　　　　　　　　Georgia Bar No. 777718
　　　　　　　　　　　　　　　　　　Evan A. Andersen
　　　　　　　　　　　　　　　　　　Georgia Bar No. 377422
　　　　　　　　　　　　　　　　　　LAW OFFICE OF CAROLYN E. WRIGHT, LLC
　　　　　　　　　　　　　　　　　　P.O. Box 250208
　　　　　　　　　　　　　　　　　　Atlanta, Georgia  30325
　　　　　　　　　　　　　　　　　　Telephone:  (404) 496-6606
　　　　　　　　　　　　　　　　　　Facsimile:  (775) 588-5961

carolyn@photoattorney.com
evan@photoattorney.com

*Counsel for Plaintiff Wild*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1.B**

Counsel for Plaintiff Alexander L. Wild hereby certifies that this filing was prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1.C.

This 6th day of April, 2015.

            Respectfully submitted,

            **LAW OFFICE OF CAROLYN E. WRIGHT, LLC**

            s/ Evan A. Andersen
            _____
            CAROLYN E. WRIGHT
            Georgia Bar No. 777718
            EVAN A. ANDERSEN
            Georgia Bar No. 377422

P.O. Box 250208
Atlanta, GA  30325
775-589-2229 (telephone)
404-496-6606 (telephone)
775-580-7322 (facsimile)
carolyn@photoattorney.com
evan@photoattorney.com

*Counsel for Plaintiff Wild*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL to be served on the Defendant in this matter in the manner set forth below:

By first class mail, postage prepaid to:

> Michael Lasky, Esq.
> ALTERA LAW GROUP
> Glenridge Highlands One - Suite 800
> 5555 Glenridge Connector
> Atlanta, GA 30342

This 6th day of April, 2015.

        Respectfully submitted,

        **LAW OFFICE OF**
        **CAROLYN E. WRIGHT, LLC**

        s/ Evan A. Andersen

        _____
        CAROLYN E. WRIGHT
        Georgia Bar No. 777718
        EVAN A. ANDERSEN
        Georgia Bar No. 377422

P.O. Box 250208
Atlanta, GA  30325
775-589-2229 (telephone)
404-496-6606 (telephone)
775-580-7322 (facsimile)
carolyn@photoattorney.com
evan@photoattorney.com

*Counsel for Plaintiff Wild*